JOHN WHALEN, Appellant, v. THE CITY OF NEW YORK, Respondent.—
Appeal dismissed, without costs.  Present — Jenks, P. J., Rich, Putnam,
Blackmar and Jaycox, JJ.

FRANK L. WING, Respondent, v. BESSIE STEINBERG and Another, Appel-
lants.— Appeal dismissed, without costs.  Present — Jenks, P. J., Rich,
Putnam, Blackmar and Jaycox, JJ.

GIROLAMO ALESI and ROSARIA ALESI, Respondents, v. IGNAZIO LA SALA
and MARIA LA SALA, Appellants.— Motion to dismiss appeal granted for
failure of appellants to comply with rule XII of this court, with ten dollars
costs, with leave, however, to apply to reinstate the appeal on compliance
with said rule by showing that the same is meritorious.  Present — Jenks,
P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

EVA APPEL, Respondent, v. ISAAC APPEL, Appellant.— Motion denied,
with ten dollars costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar
and Jaycox, JJ.

MORRIS BERGER, Respondent, v. SARAH WEXLER and Others, Appellants.
— Motion granted on condition that appellants perfect the appeal, place the
case on the December calendar and be ready for argument when reached;
otherwise, motion denied, with ten dollars costs.  Present — Jenks, P. J.,
Rich, Putnam, Blackmar and Jaycox, JJ.

ROBERT E. BOYD, Respondent, v. CHARLES L. APPEL, Appellant.— Motion
denied, with ten dollars costs.  Present — Jenks, P. J., Rich, Blackmar,
Kelly and Jaycox, JJ.

LILLIAS D. COOKE and NORMA MACD. FISCHER, Appellants, v. CHARLES
C. BURLINGHAM, as Executor, etc., and Another, Respondents.— Motions
denied.  Present — Jenks, P. J., Rich, Blackmar and Jaycox, JJ.; Putnam,
J., not voting.

LILLIAS D. COOKE and NORMA MACD. FISCHER, Appellants, v. REBECCA
FRANCES COVERLY, Respondent.— Motions denied.  Present — Jenks, P. J.,
Rich, Blackmar and Jaycox, JJ.; Putnam, J., not voting.

BENJAMIN HERZBERG, Respondent, v. ISAAC BERMAN, Appellant.—
Motions granted, with ten dollars costs.  Present — Jenks, P. J., Rich,
Putnam, Blackmar and Jaycox, JJ.

In the Matter of HUGH F. KENNA, an Attorney.— The attorney is blam-
able for his omission to remit in due course moneys to his client out of town,
and for his carelessness in not heeding the client's requests for the moneys.
But as we find no proof that the attorney's omission was due to design on
his part to keep those moneys to his own use, we think that he is sufficiently
punished by a formal censure of the court, which we now impose.  Present —
Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of ELMER O. PLACE for the Removal of
PAUL BAILEY from the Office of Justice of the Peace in and for the Town of
Babylon, etc.— Motion denied.  Present — Jenks, P. J., Rich, Putnam,
Blackmar and Jaycox, JJ.